KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

NATHANAEL M. COUSINS (CASBN 177944)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    Email: nathanael.cousins@usdoj.gov

Attorneys for Plaintiff

**FILED**

OCT - 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PEDRO GRANADOS-VILLA, <br><br> Defendant. | No. CR 06 0666 PJH <br><br> UNITED STATES' MOTION TO SEAL INDICTMENT AND ARREST WARRANT DOCUMENTS AND [PROPOSED] ORDER |

    The government hereby moves the Court for an order sealing this motion, the Indictment, the arrest warrant, and the sealing order until further order of the Court. The government believes that disclosure of the existence of the Indictment and arrest warrant and/or the information contained in those documents may jeopardize the progress of an ongoing investigation.

DATED: October 3, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

[signature]

NATHANAEL M. COUSINS
Special Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Indictment, the arrest warrant, and the sealing order shall be sealed until further order of the Court.

DATED: Oct 3, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge