KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

NATHANAEL M. COUSINS (CASBN 177944)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7129
Facsimile: (415) 436-7234
Email: nathanael.cousins@usdoj.gov

Attorneys for Plaintiff

**FILED**

OCT X 5 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3 06 70644 |
| Plaintiff, | UNITED STATES' MOTION TO SEAL AFFIDAVIT AND COMPLAINT, AND [PROPOSED] ORDER |
| v. | |
| ROBERTO CARLOS ESTRELLA-ARROYO, | (UNDER SEAL) |
| Defendant. | |

The government hereby moves the Court for an order sealing this Motion, the Affidavit in support of a Criminal Complaint by Special Agent Paul Hedquist, the Complaint, the initial appearance and arraignment of the defendant, and the sealing order until further order of the Court. The government believes that disclosure of the existence of the Complaint and the information contained in the affidavit, and at the initial appearance, may jeopardize the progress of an ongoing investigation.

DATED: October 5, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

NATHANAEL M. COUSINS
Special Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, the Affidavit in support of a Criminal Complaint by Special Agent Paul Hedquist, the Complaint, the initial appearance and arraignment of the defendant, and this sealing shall be sealed until further order of the Court.

DATED: Oct 5, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge