# UNITED STATES DISTRICT COURT



NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

DEBRA K. AASMUNDSTAD
CHIEF U.S. PROBATION OFFICER

Please reply to:
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

March 21, 2007

**MEMORANDUM**

The Honorable Phyllis J. Hamilton
United States District Judge

                                  **Re: Granados-Villa, Pedro**
                                  **Docket No. CR 06-0666-01 PJH**
                                  **Request to Continue Sentencing**

Your Honor:

Additional time is needed to complete the presentence report. There was a delay in Defense Counsel being able to be present for the presentence interview because of a family emergency. The interview has since taken place. All parties have been contacted and are available on June 27, 2007, a date your courtroom deputy has informed me is the only date in June Your Honor is available. Should you agree with this request, an order is enclosed for your signature.

                                    Respectfully submitted,

                                    E. Ann Searles
                                    U.S. Probation Officer

Reviewed an Approved by:

Sheila John
Supervisory U.S. Probation Officer

cc: Brigid Martin, Assistant United States Attorney
Camellia Baray, Defense Counsel

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 06-00666-1 PJH |
| Pedro Granados-Villa | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____April 18, 2007_____ be continued until _____June 27, 2007_____ at _____1:30 p.m._____.

Date: 3/26/07

Phyllis J. Hamilton
United States District Judge

NDC-PSR-009 12/06/04